**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

vs.                                                            **CASE NO. 3: CR 97-229-15(JAF)**

**ANGEL DAVID COLON DE JESUS**
*******************************

**MOTION REQUESTING EARLY TERMINATION
OF SUPERVISED RELEASE**

**TO THE HONORABLE
JOSE A. FUSTE
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

Comes now, Fernando J. Morales, U.S. Probation Officer Assistant of this Honorable Court, and respectfully informs and prays as follows:

On October 14, 1998, Mr. Angel David Colón De Jesús was sentenced to sixty (60) months of imprisonment to be followed by a four (4) years of supervised release term after he pleaded guilty of violation Title 21, U.S.C., §§ 846. A Special Monetary Assessment in the amount of $100.00 was also imposed which he paid in full. His term of probation will terminate on February 21, 2006.

Based on the record file, the offender made a favorable adjustment to community supervision which earned him placement in the administrative caseload. Mr. Colón De Jesús complied with his conditions and no new criminal activity has been detected. Since his release, Mr. Colón De Jesús has been drug tested randomly and all results have been negative for the presence of illegal drugs. Presently, he resides with his wife in a modest apartment, and has been gainfully

Angel David Colón De Jesús
RE: Early Termination Request

employed throughout his supervised release term. In addition, he has consistently demonstrated a solid work ethic.

    WHEREFORE, based on Mr. Colón De Jesús' compliance with his conditions of supervised release and his proven long stability, it is respectfully recommended that he be granted the benefit of early termination.

    In San Juan, Puerto Rico this 10th day of November 2005.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    s/Fernando J. Morales, Assistant
    U.S. Probation Officer
    U.S. Probation Office
    Federal Office Building
    150 Chardón , Office 400
    San Juan, PR 00918
    Office 787-766-5649
    Fax 787-766-5945
    fernando_morales@prp.uscourts.gov

Angel David Colón De Jesús
RE: Early Termination Request

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 10, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia I. Torres, Assistant U.S. Attorney and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Francisco Dolz-Sanchez, Esq., GPO BOX 361451, San Juan, P.R. 00936.

In San Juan, Puerto Rico, this 9 day of November 2005.

s/Fernando J. Morales, Assistant
U.S. Probation Officer
U.S. Probation Office
Federal Office Building
150 Chardón Ave., Office 400
San Juan, PR 00918
Office 787-766-5649
Fax 787-766-5945
fernando_morales@prp.uscourts.gov

FM/